1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    NICHOLAS JAMES MURPHY                    No. 2:17-cv-0242-JAM-KJN PS

12
                      Plaintiff,
13                                             ORDER TO SHOW CAUSE
             v.
14
      MIDLAND FUNDING, LLC
15

16                    Defendant.

17

18         After plaintiff Nicholas Murphy initially commenced this case in the Sacramento County

19    Superior Court as a small claims action, it was removed by defendant Midland Funding, LLC to

20    federal court on February 3, 2017.  (ECF Nos. 1, 2.)  That same day, the court issued an order

21    requiring the parties to file a joint status report within sixty (60) days.  (ECF No. 3.)  Thereafter,

22    plaintiff and defendant filed separate status reports on April 3, 2017, and April 4, 2017,

23    respectively.  (ECF Nos. 5, 6.)  The next day, on April 5, 2017, the court by minute order set a

24    status (pretrial scheduling) conference in this matter for April 27, 2017, at 10:00 a.m., before

25    Judge Newman.  (ECF No. 8.)  The minute order was served on plaintiff by mail at his address of

26    record.

27         At the April 27, 2017 status conference, attorney Thomas Landers appeared telephonically

28    on behalf of defendant, and plaintiff failed to appear.  Mr. Landers indicated that he had been

                                              1

unable to reach or communicate with plaintiff since the case was removed to federal court.

Accordingly, IT IS HEREBY ORDERED that:

1. Within fourteen (14) days of this order, plaintiff shall show cause why monetary sanctions of $250.00 should not be imposed based on plaintiff's failure to cooperate with preparing and filing a joint status report, and plaintiff's failure to appear at the status conference, as ordered by the court.

2. Failure to file a timely response to the order to show cause may result in dismissal of the action with prejudice pursuant to Federal Rule of Civil Procedure 41(b), and will be construed as plaintiff's non-opposition and consent to such a dismissal.

3. Alternatively, if plaintiff concludes that he no longer wishes to pursue this action at this time, he may instead file a request for voluntary dismissal of the action.

4. If plaintiff elects to respond to the order to show cause, defendant may file a reply to plaintiff's response within seven (7) days of that response's filing.

5. Discovery remains stayed pending further order of the court.

IT IS SO ORDERED.

Dated: April 28, 2017

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE