UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICHOLAS JAMES MURPHY<br><br>Plaintiff,<br><br>v.<br><br>MIDLAND FUNDING, LLC<br><br>Defendant. | No. 2:17-cv-0242-JAM-KJN PS<br><br>ORDER |

On May 5, 2017, plaintiff filed a request for dismissal of the action with prejudice. (ECF No. 14.) Thereafter, on May 8, 2017, defendant joined in plaintiff's request for dismissal with prejudice. (ECF No. 15.)

Accordingly, IT IS HEREBY ORDERED that:

1. Pursuant to the parties' joint request and Federal Rule of Civil Procedure 41(a)(1)(A)(ii), this action is DISMISSED WITH PREJUDICE, with each party to bear its own attorneys' fees and costs.
2. The pending order to show cause (ECF No. 13) is DISCHARGED as moot.
3. All case deadlines and hearings are VACATED.

////

////

1

4. The Clerk of Court shall close this case.

IT IS SO ORDERED.

Dated: May 9, 2017

*/s/ Kendall J. Newman*
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE